# In the United States Court of Federal Claims

**NOTICE**

**SHORT BROTHERS, PLC.,**

**No. 98-894**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C.,** March 18, 2005

To Attorney of Record, Assistant Attorney General and Judge : Honorable Christine O.C. Miller

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Cumulative Index of exhibits: Plaintiff's exhibits 1,5,25,28,36,37,38,46-48, 50-52, 54-56, 58, 59, 62, 78, 83A, 86, 87, 95, 96, 98. 101, 102, 103, 111, 113, 114, 127A, 127B, 128A, 128, 177, 178, 186, 184A, 187, 189, 190, 191, 192-196, 197, 199, 200, 201, 208, 210, 211, 212, 214, 216-224, 267-270, 288, 292, 295A, 295, 296, 297, 299, 300, 303-306, 320A/B, 321A, 322, 324, 328, 458, 460, 465-469, 500, 549, 551, 5521, 553-556, 558, 560-564, 566-574, 579, 580, 586, 590-592, 613, 619, 620, 624, 625, 627, 629, 644, 647, 648, 649, 653, 657, 658, 659, 660, 661, 663, 664, 665, 666, 667

Defendants exhibits: 1008, 1025, 1033, 1034, 1036, 1037, 1040, 1042, 1044, 1046, 1051, 1054, 1059, 1061, 1064, 1066, 1070, 1079, 1082, 1083, 1084, 1085, 1087, 1091, 1103, 1105, 1106, 1111, 1113, 1116, 1117, 1122, 1123, 1127, 1129, 1130, 1146, 1147, 1157, 1158, 1163, 1164, 1167, 1168, 1170, 1173, 1174, 1176, 1177,1178, 1188, 1193, 1201, 1202, 1223, 1237, 1247, 1252, 1253, 1260, 1267, 1268, 1294, 1297, 1300, 1307, 1311, 1313, 1322, 1323, 1328, 1337, 1339, 1344, 1345, 1346, 1350, 1356, 1363, 1368, 1371, 1378, 1379, 1380,1385, 1388, 1394, 1396, 1397, 1402, 1406, 1413, 1417, 1419, 1432, 1444, 1462, 1466, 1473, 1512, 1514, 1519, 1524, 1526, 1546, 1552, 1559, 1588, 1589, 1591, 1600, 1602, 1605, 1609, 1628, 1632, 1635,

1645, 1664, 1679, 1680, 1682, 1685, 1690, 1691, 1696, 1699, 1700, 1702, 1703, 1706, 1709, 1716, 1719, 1725, 1732, 1739, 1740, 1744, 1747, 1752, 1766, 1808, 1819, 1830, 1851, 1856, 1895, 1904, 2027, 2045, 2069, 2073, 2074, 2227, 2268, 2269, 2271, 2286, 2291, 2307, 2309, 2318, 2319, 2320, 2322, 2323, 2325, 2326, 2327, 2328, 2329, 2330, 2331-2334, 2338, 2339, 2340.

Joint Exhibits: 1,2,3,5,6,7,12,14,21-23, 27-30, 34, 40, 42, 44, 48, 52, 54, 57, 58, 60, 61, 62, 65, 66, 67-73, 79, 84, 85, 86, 88, 96, 98, 101, 105, 107, 108, 109, 137, 149, 162, 174, 182, 183, 185, 188

Brian Bishop
Brian Bishop Clerk